# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES RAY THOMPSON, JR.

NO. 2021 KW 0967

OCT 1 2 2021

---

In Re:    Charles Ray Thompson, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 559,308.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED.**   The district court's ruling denying relator's application for postconviction relief is vacated, and this matter is remanded to the district court to reconsider its ruling in light of **State v. Harris,** 2018-1012 (La. 7/9/20), __ So.3d__, 2020 WL 3867207 and to allow the state to file a response, if it has not already done so.   After the state files its response, the district court should determine whether it is necessary to conduct an evidentiary hearing on the claim of ineffective assistance of counsel at sentencing. **State v. Robinson,** 2019-01330 (La. 11/24/20), 304 So.3d 846 (per curiam).

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT